JUDGE ABRAMS

26 CV 00057

RECEIVED
SDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT 2026 JAN -6 AM 10: 00

SOUTHERN DISTRICT OF NEW YORK

Sean A. Clark/Male,

PLAINTIFF

v.

GREENDOT CORPORATION,

DEFENDANT

CIVIL COMPLAINT

CV

JURY TRIAL DEMANDED

## PRELIMINARY STATEMENT

1.  I'm requesting to proceed with this action since this is my first lawsuit against the defendant. This cause of action pertains to unauthorized paper statements and financial loss due to falsified paper checks. Before my account closed with GreenDot, I was paying a monthly fee of $7.95 each month to use my credit card but I never consented to a paper statement fee of $2.50. I disputed the matter with no positive outcome and requested the closure of my account on 5/7/2025.

2.  Since the closure of my account I've been getting falsified paper statements in the amount of $5.00 dollars on 6/2/2025 and on 10/1/2025. The defendant stated, "we have confirmed that the ECA was not signed and paper statements were sent as a result". I have no intention of cashing the illegal paper checks but this actions violates the consumer protection act and this is data breach, security

1

breach, identity theft, and libel defamation- Article III standing. This is a joinder claim. *FRCP 18*

## CONSUMER PROTECTION ACT

3.    "The consumer protection act is a broad term for laws that guard against unfair, deceptive, or fraudulent business practices, safeguarding buyers of goods and services". "It includes both federal and state laws that give consumers rights, provide remedies for harm,  and regulate aspects like advertising, financial products, and debt collections". The act "prohibits unfair deceptive practices: Laws at both federal and state levels prohibit businesses from engaging in misleading or unfair practices in their dealings with consumers". "The act covers many areas, including product safety, advertising, financial services (like credit cards and  mortgages), and debt collection".

4.    " It gives consumers legal tools to seek redress for harm caused by unfair business practices, such as restitution for financial losses or an injunction to stop a practice". "Federal agencies like the Federal trade Commission (FTC) and the Consumer Financial Protection Bureau (CFPB) enforce these laws". I filed a complaint with CFPB but the department transferred the case to another government agency which is the federal reserve board. (Complaint number 251016-25026582 and number 251016-25025038) "The FTC also enforces

2

antitrust laws that promote fair competition, which can lead to lower prices and more consumer choices".

5.    Even though my account is closed, I'm still protected by the act from deceptive schemes by the defendant to receive a financial gain that was never authorized. "The consumer Protection Act, implemented in 1986, gives easy and fast compensation to consumer grievances. It safeguards and encourages consumers to speak against insufficiency and flaws in goods and services. If traders and manufacturers practice any illegal trade, this act protects their rights as a consumer".

## DATA BREACH

6.    "A data breach, also known as data leakage, is the unauthorized exposure, disclosure, or loss of personal information". Since my account was closed on 5/7/2025 this action is an unauthorized disclosure and computer fraud. *18 U.S.C. § 1030 (a)(1)* "Attackers have a variety of motives, from financial gain to political activism, political repression, and espionage". "There are several technical root causes of data breaches, including accidental or intentional disclosure of information by insiders, loss or theft of unencrypted devices, hacking into a system by exploiting software vulnerabilities, and social

engineering attacks such as phishing where insiders are tricked into disclosing information".

7.    "A large number of data breaches are never detected. If a breach is made known to the company holding the data, post-breach efforts commonly include containing the breach, investigating its scope and cause, and notifications to people whose records were compromised, as required by law in many jurisdictions. Law enforcement agencies may investigate breaches, although the hackers responsible are rarely caught". This is an obvious breach to detect by the defendant alleged misconduct on 11/20/2025.

8.    A data breach is "An occurrence that actually or potentially jeopardizes the confidentiality, integrity, or availability of an information system or that constitutes a violation or imminent threat of violating security policies, security procedures, or acceptable use policies". This action also violates the consumer privacy law because certain information was exposed that should not have been tampered with. "Vulnerabilities vary in their ability to be exploited by malicious actors. The most valuable allow the attacker to inject and run their own code (called malware), without the user being aware of it".

9.    "Some malware is downloaded by users via clicking on a malicious link, but it is also possible for malicious web applications to download malware just from visiting the website (drive-by download)". "Keyloggers, a type of malware that

4

records a user's keystrokes, are often used in data breaches". For the defendant, this is an easy malware to detect because my password was my credit card number or my social security number which is a simple detection of data breach. "Human causes of breach are often based on trust of another actor that turns out to be malicious".

10.    "Social engineering attacks rely on tricking an insider into doing something that compromises the system's security, such as revealing a password or clicking a link to download malware". "Data breaches may also be deliberately caused by insiders". The representative for the defendant had inside information without authorized consent to use my social security number to process the falsified paper checks. "Another source of breaches is accidental disclosure of information, for example publishing information that should be kept private". This was an intentional disclosure on 11/20/2025.

11.    The defendant used a trickery scheme to try and cover-up a financial gain and    financial benefit. "Consumers may suffer various forms of tangible or intangible harm from the theft of their personal data, or not notice any harm". This is both a tangible and intangible harm. A financial loss in an unknown amount is a tangible harm and a community reputational harm is an intangible harm.

## SECURITY BREACH

12.   "A security breach occurs when an attacker bypasses an organization's security controls to gain unauthorized access to systems and data". "Individuals may discover they've been hacked when they're locked out of accounts or notice unusual activity, often a sign of personal data exposure". I noticed the fraudulent activity months ago when I checked my balance statement for the month and found inappropriate information displayed on my credit card. "Misconfigurations, unsecured devices, or accidentally shared files can create openings for attackers". "Phishing emails, malicious downloads, or fake apps can deliver malware designed to steal login credentials, spy on users, or encrypt data for ransom". The representative for the defendant used phishing emails for my authorized signature.

13.   "Phishing is a form of social engineering that often bypasses traditional security controls by sending tailored messages to potential victims in order to steal personal information or trick the recipient into installing malicious software". "Malware often serves as the entry point for security breaches by exploiting system weaknesses or tricking users into installing malicious files". "Ransomware locks down data or systems until a ransom is paid. Beyond encryption, modern ransomware campaigns often exfiltrate data, raising the stakes with potential public exposure". The defendant used phishing, malware, and ransomware schemes to get my authorized signature.

## IDENTITY THEFT

14. "In civil litigation, identity theft refers to a lawsuit brought by a victim against an individual or company that has unlawfully used their personal information to commit fraud or other financial harm". "The lawsuit can seek damages for financial losses, such as newly incurred debts, loss of tax refunds, or unauthorized medical bills". This action pertains to a financial loss due to falsified paper checks on 6/2/2025 and on 10/1/2025. "Unlike a criminal case, a civil suit gives the victim more control over the case and a better chance at recovering a wide range of compensation".

15. "Legally, identity theft is defined as the wrongful or illegal use of another person's identifying information, such as their name, Social Security number, or credit card details, for fraudulent or deceptive purposes, typically to gain financial benefits. Federal law specifically defines it as knowingly transferring, possessing, or using someone else's "means of identification". It involves obtaining and using another person's personal information without their consent. The theft is committed with the intent to deceive and for personal gain, often financial". The defendant used a deceptive scheme for financial gain and financial stability from falsified paper checks.

16.    "Under federal law, it is defined as the knowing transfer, possession, or use

of a means of identification of another person". "Identity theft is a crime where

a person uses your personal information, such as your social security number or

credit card details, without your permission to commit fraud or for financial gain.

This can involve opening new accounts, making purchases with your credit cards,

filing fraudulent tax returns, or even getting medical treatment using your

insurance". Other than my previous credit card number, my social security

number was the account number used to open my previous account. "Financial

identity theft is using your personal information to open new lines of credit,

make purchases, or take over your existing financial accounts".

17.    "Online identity theft is a very broad category that often overlaps with other

types and uses online platforms to steal and use personal information for various

fraudulent purposes". "The main causes of identity theft are data breaches and

phishing scams, which are online methods that steal personal information, and

physical theft of documents like wallets and mail". "These methods provide

thieves with personal data, such as social security numbers, credit card

information, and login credentials, which they use to impersonate victims for

financial gain". "Three warning signs of identity theft are unfamiliar charges on

your accounts, receiving unexpected bills or debt collection notices for accounts

you didn't open, and unexpected credit denials or a sudden drop in your credit

score". I immediately noticed the miscellaneous paper statement when I checked my balance information on my phone.

## LIBEL DEFAMATION

18.  "Libel is a method of defamation expressed by print, writing, pictures, signs, effigies, or any communication embodied in physical form that is injurious to a person's reputation; exposes a person to public hatred, contempt of ridicule; or injures a person in their business or profession". "Traditionally, libel was a tort governed by state law. State courts generally follow the common law of libel, which allows recovery of damages without proof of actual harm". "Under the traditional rules of libel, injury is presumed from the fact of publication". The injury in harm is the false statement letter sent on 11/20/2025.

19.  "Proof of actual malice in civil litigation requires showing the defendant either knew the statement was false or acted with reckless disregard for the truth". "This is a high standard, often requiring direct evidence like the defendant's admissions or documentary proof of knowing of falsity". "When direct evidence is absent, "reckless disregard" can be shown through circumstantial evidence such as the defendant's reliance on unreliable sources, failure to investigate, or other actions that demonstrate they entertained serious doubts about the statement's truth". The defendant used progressive tactics to get my authorized signature like sending forms to sign to my email and sending falsified checks to

9

my mail box. This is mail fraud. *18 U.S.C. § 1341* This prove actual malice from the defendant because of "internal documents showing they knew the statement was false, or other direct evidence".

20. "Reckless disregard for the truth is more common and requires showing the defendant had serious doubts about the truthfulness of their statement". The defendant knew the unauthorized paper statement was not official therefore the defendant used another measure to acquire consent signature. "To prove libel in a civil lawsuit, a plaintiff must show that the defendant made a false statement of fact, published it to a third party, identified the plaintiff, acted with at least negligence (or actual malice if the plaintiff is a public figure), and caused damages to their reputation". The statement dated 11/20/2025 is false.

21. "The statement must be a verifiable falsehood, not just an unflattering opinion". The defendant made a false statement on 11/20/2025 because I never authorized any paper statements or signed falsified paper checks due to financial loss. "The statement was communicated to someone other than the plaintiff". The false statement by the defendant was sent to the federal reserve board where my complaint was transferred from CFPB. "To prove facie defamation, a plaintiff must show four things: 1) a false statement purporting to be fact; 2) publication or communication of that statement to a third person; 3) fault amounting to at least negligence; and 4) damages, or some harm caused to the

reputation of the person or entity who is the subject". A false statement was indeed made by the defendant on 11/20/2025. The false statement was sent to the federal reserve board to conclude my complaint. This is a negligence of depriving a consumer a financial obligation. The damage done is tangible and intangible harm for financial loss in an unknown amount and community reputational harm.

22.     "The cornerstone of a defamation claim is proving that a statement is defamatory". "In legal terms, the burden of proof refers to a party's obligation to present sufficient evidence  in order to discharge the legal requirements of their claim". " In civil defamation cases, this burden initially rests with the claimant, who must demonstrate on a balance of probabilities-that defamation has occurred". The admissible evidence and burden proof is the evidential statement by the defendant on 11/20/2025 which is false.

23.     The five elements to prove libel defamation are, "a false statement of fact was made, it was published to a third party, it identified you, it caused you harm, and the defendant was at fault". A false statement was made on 11/20/2025 and the statement was sent to a third party which is the federal reserve board and my name is on the document as a consumer and the alleged misconduct by the defendant caused tangible and intangible harm.

11

24.    The supreme court has different measures of analyzing a public figure as oppose to a private individual in regards to actual malice. "Actual malice was defined as making a statement with knowledge that it was false or with reckless disregard of whether it was false or not. This high standard was established to protect robust debate and criticism of public officials". The defendant knew that the paper statements were unauthorized and still sent falsified paper checks to my mail box to cover up the inappropriate activity.

25.    "A public figure who is not a public official may recover damages for defamatory falsehood substantially endangering his reputation on a showing of highly unreasonable conduct constituting an extreme departure from the standards of investigation and reporting ordinarily adhered to by responsible publishers". *Curtis Publishing Co. v. Butts | 388 U.S. 130 (1967)* "If a matter is a subject of public or general interest, it cannot suddenly become less so merely because a private individual is involved, or because in some sense the individual did not 'voluntarily' choose to become involved." *Gertz v. Robert Welch, Inc., 418 U.S. 323 (1974)[1]*

---

[1] Note: Some of these previous cases correlate to identity theft and defamation for unfair and unjust treatment. Docket Number 08-cv-8443; Docket Number 12-cv-9274; Docket Number 13-cv-400; Docket Number 13-cv-5757; Docket Number 13-cv-6460; Docket Number 14-cv-321; Docket Number 14-cv-447; Docket Number 14-cv-831; Docket Number 15-cv-5863; Docket Number 15-cv-9836; Docket Number 18-cv-10038; Docket Number 18-cv-9354; Docket Number 20-cv-8000; Docket Number 22-cv-3086; Docket number 23-cv-9798; Docket Number 24-2741. Docket Number 18-cv-10038 was a falsified stipulation to obtain my Gold bars from my estate account.

## ARTICLE III STANDING

26. "Article III of the U.S. Constitution establishes the judicial branch, which includes the Supreme court and lower federal courts created by Congress. It defines the jurisdiction of these courts, such as cases involving federal law, disputes between states, and those affecting ambassadors. Article III also outlines the duties and protections for federal judges, specifies the Supreme Court's original and appellate jurisdiction, and defines treason. It vests the judicial power of the United States in one Supreme Court and such inferior courts as Congress establishes."

27. "While the Constitution establishes the Supreme Court, it gives Congress the power to create lower federal courts." "Article III defines the types of cases federal courts can hear, including those arising-under the Constitution, federal laws, and treaties. It also includes controversies between states, between a state and citizens of another state, and between citizens of different states." "It specifies the Supreme Court's original jurisdiction (in specific cases, like those involving a state) and appellate jurisdiction (in most other cases)." Article III section.1 "The judicial power of the United States, shall be vested in one supreme court, and in such inferior courts as the congress may from time to time ordain and establish."

13

28." The judges, both of the supreme and inferior courts, shall hold their offices during good behavior, and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office." "Article III Section.2 "The judicial power shall extend to all cases, in law and equity, arising under this constitution, the laws of the United States, and Treaties made, or which shall be made, under their authority; to all cases affecting ambassadors, other public ministers and consuls; to all cases of admiralty and maritime jurisdiction; to controversies to which the United States shall be a Party; to controversies between two or more states; between a state and citizens of another state, between citizens of different states, between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects."

29.    "In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be party, the supreme court shall have original jurisdiction. In all the other cases before mentioned, the supreme court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the congress shall make." "The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the state

where the said crimes shall have been committed; but when not committed within any state, the Trial shall be at such place or places as the congress may by law have directed."

30.   Article III Section 3. "Treason against the United States, shall consist only in levying War against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court." "The congress shall have power to declare the punishment of treason, but no attainder of treason shall work corruption of blood, or forfeiture except during the life of the person attainted."

31.   "Article III standing is the constitutional requirement that a plaintiff in a federal court must have a personal stake in a "case of controversy" , meaning they must show they've suffered (or will imminently suffer) a concrete injury, caused by the defendant, that a court decision can fix, ensuring federal courts only hear actual disputes, not abstract policy disagreements. This "irreducible minimum" test requires injury-in-fact, causation, and redressability, limiting federal judicial power to real conflicts". "The three elements of Article III standing are a concrete, particularized, and actual or imminent harm, not just a general grievance."

15

32. A financial loss due to falsified paper checks is a concrete harm. The particularized actual damage is community reputational harm. In theory, this is considered a constitutional harm of the 14th and 5th amendment due process clause because I was deprived of a financial obligation that was owed to me. "The injury must be fairly traceable to the defendant's challenged conduct". This injury-in-fact is specifically stated by the defendant on 11/20/2025. "The plaintiff always bears the burden of proving they have standing."

33. "Perhaps the most important element of the requirement of adverse parties may be found in the "complexities and vagaries" of the standing doctrine. The fundamental aspect of standing is that it focuses on the party seeking to get his complaint before a federal court and not on the issues he wishes to have adjudicated." "The "gist of the question of standing" is whether the party seeking relief has alleged such a personal stake in the outcome of the controversy as to assure that concrete adverseness which sharpens the presentation of issues upon which the court so largely depends for illumination of difficult constitutional questions. This practical conception of standing has now given way to a primary emphasis upon separation of powers as the guide." "[T]he 'case or controversy' requirement defines with respect to the judicial branch the idea of separation of powers on which the federal government is founded." "[T]he presence of one

party with standing is sufficient to satisfy Article III's case-or-controversy requirement." *Director v. Perini N. River Assocs., 459 U.S 297, 305 (1983)*

34. "Standing as a doctrine is composed of both constitutional and prudential restraints on the power of the federal courts to render decisions, and is almost exclusively concerned with such public law questions as determinations of constitutionality and review of administrative or other governmental action. As such, it is often interpreted according to the prevailing philosophies of judicial activism and restraint, and narrowly or broadly in terms of the viewed desirability of access to the courts by persons seeking to challenge legislation or other governmental action." "The standing rules apply to actions brought in federal courts, and they have no direct application to actions brought in state courts."

35. "Persons do not have standing to sue in federal court when all they can claim is that they have an interest or have suffered an injury that is shared by all members of the public." This claim applies to one civil litigation. This is not a class action lawsuit. There is only one litigant (me/plaintiff) and one defendant (GREENDOT CORPORATION). "Although the court has been inconsistent, it has not settled upon the rule that, "at an irreducible minimum," the constitutional requisites under Article III for the existence of standing are that the plaintiff must personally have: 1) suffered some actual or threatened injury; 2) that injury can

fairly be traced to the challenged action of the defendant; and 3) that the injury is likely to be redressed by a favorable decision."

36. I did suffer an actual harm by the defendant false statement on 11/20/2025. The harm consist of a financial loss in an unspecified amount. This prevents me from buying a home, and from buying a car or supporting my immediate family. Since my account was officially closed on 5/7/2025, there was no reason other than financial gain and financial stability for the defendant to use deceptive tactics to acquire funds from my account.

37. "The injury needs to be one of property, one arising out of contract, one protected against tortuous invasion, or one founded in a statute which confers a privilege". This is an evident claim *28 U.S. Code § 4101 (6)(D)* "In a number of cases, particularly where a plaintiff seeks prospective relief, such as an injunction or declaratory relief, the Supreme Court has strictly construed the nature of the injury-in-fact necessary to obtain such judicial remedy". " The court has been hesitant to assume jurisdiction over matters in which the plaintiff seeking relief cannot articulate a concrete harm." "A concrete injury requires that an injury must actually exist or there must be a risk of real harm, such that a plaintiff who alleges nothing more than a bare procedural violation of a federal statute cannot satisfy the injury-in-fact requirement". In this action the concrete harm is a financial loss due to falsified paper checks on 6/2/2025 and on

10/1/2025. My account was closed on 5/7/2025 so there was no reason to send unauthorized paper checks to my mail box.

38.   "The court has required plaintiffs seeking equitable relief to demonstrate that the risk of a future injury is of a sufficient likelihood; past injury is insufficient to create standing to seek prospective relief". "The court has articulated the threshold of likelihood of future injury necessary for standing in such cases in various ways" ("[T]he injury required for standing need not be actualized. A party facing prospective injury has standing to sue where the threatened injury is real, immediate, and direct.") This is a sufficient concrete harm.

39.   In previous damaged cases, the appellee for SSA (Social Security Administration) Docket number 13-866cv was order by a panel of judges to correct deficiencies in the administrative record but the appellee never corrected the problem. The panel of judges asked the appellee what activity has taken place since the previous order. Essentially, no action was taken on this matter. I won a hearing on 7/10/2012 for SSD/SSI by an ALJ (Administrative Law Judge) who issued a fully favorable decision. The representative for SSA never complied with the decision. The benefits and deficiencies in the administrative record are still incorrect. This is not a past action because my benefits for SSD are still active. [2]

---

[2] The Appellee of SSA never restored lost benefits or corrected deficiencies. *42 U.S. Code § 408 (a)(2) (b)(1)*

40. "In a civil defamation case, Article III Standing is the federal constitutional requirement that a plaintiff must show they suffered a concrete, particularized injury (like reputational damage, financial loss) caused by the defendant's false statement, which a court can fix; Defamation claims rely on proving Article III injury in federal courts". I suffered both concrete and particularized harm from financial loss and community reputational damage. "This is crucial for any federal lawsuit, including defamation, based on the U.S Constitution's "case or controversy" requirement." "The harm must be directly caused by the defendant's defamatory statement". This harm was caused by the defendant false statement on 11/20/2025.

41. "Defamation is often state law. Some state courts might have slightly different rules or standards, but the core idea of needing a real injury to sue (standing) remains essential." "Defamation Per Se: Some statements (like accusing someone of a serious crime or a loathsome disease) are so damaging they're considered defamatory per se, meaning harm is presumed, but proving actual damages (special harm) is still vital for large awards." The Supreme Court emphasizes, "in addition to showing that he suffers a material risk of harm from an actual, concrete injury, the litigant must demonstrate that the injury is

particularized- or, in other words, that it affects him in a personal and individual way." The particularized harm is community reputational harm.

42.     "The particularized injury requirement has long served as a component of the Supreme Court's standing analysis barring plaintiffs from seeking judicial redress for generalized grievances undifferentiated from those that a large number of people could claim. Nonetheless, the court has generally been careful to distinguish generalized grievances that fail the particularity requirement from widespread injuries, such as mass torts, that are suffered by a large number of people but qualify as particularized because each person has sustained an individual harm that is distinct from that suffered by others. In this vein, the court has held that a litigant's failure to obtain information that federal law requires to be disclosed can constitute a sufficiently particularized injury of a procedural statutory right for Article III standing purposes, even if many individuals may suffer such an injury."

43.     The deceptive practice by the defendant  caused damage by denying financial benefits. This action is not a general grievance but rather a special harm because the defendant alleged misconduct was not an accident or done in a familiar way once no this misconduct was done twice by sending two falsified paper checks

months apart. A litigant should never have to suffer a financial loss due to a deceptive practice by a corporation.

44.   "Federal courts will judge whether the defendant's alleged violation of a right created by Congress is sufficient  by itself to constitute a concrete harm to a litigant for standing  purposes by considering  whether the injury is similar to a harm that has traditionally  been regarded as providing a basis for a lawsuit in English or American courts." "But in doing so, courts must give at least  some weight to  Congress's judgments about which intangible harms amount to concrete Article III injuries." This is denial of important information.

45.   I have suffered an injury in fact for concrete and particularized harm due to the defendant negligence. "Civil damages are financial compensation awarded to a plaintiff in a civil case for losses resulting from another party's wrongful or negligent actions." Tangible harm is a financial loss. The causation is the defendant statement on 11/20/2025 which is a false statement. "The extent to which widespread environment harms may constitute particularized injuries is an emerging issue in the Court's standing jurisprudence." "To have an injury-in-fact, a litigant must establish that he has suffered or is imminently threatened with a concrete injury-that is, an injury that is real and not abstract." "Over the

years, the court has decided several cases that explain the general types of injuries that qualify as concrete." This action is a real concrete harm.

46.   "Congress, by statute, can influence a court's standing analysis, but Congress cannot itself create standing in the absence of the constitutional prerequisites. When determining whether the defendant's alleged violation of a right created by Congress is sufficient by itself to constitute a concrete harm to a litigant for standing purposes, the Court has stated that federal courts should examine whether the injury is similar to a harm that has traditionally been regarded as providing a basis for a lawsuit in English or American courts." "But in doing so, courts must also give at least some weight to Congress's judgments about which intangible harms amount to concrete Article III injuries." "Thus, although Congress may, through enactment of legislation, elevate certain harms to the status of concrete injuries for standing purposes, Congress cannot create standing for litigants who do not face at least a material risk of injury from a defendant's violation of the litigant's statutory rights."

47.   "A financial loss from falsified checks is a major risk, classified as operational risk, leading to significant financial drain, and operational disruption". "In a defamation suit, concrete harm means real, tangible injury (like job loss, financial damage, or severe reputational damage), not just an abstract violation, while particularized harm means the injury affects the plaintiff personally and individually,

not just generally like everyone else. Both are crucial for establishing Article III

standing in federal court, proving you have a real stake in the case, with concrete

harm being "real, not abstract," and particularized harm being personal, not a

generalized grievance." The factual evidence from exhibits 9,11, and12 displays

real concrete and particularized harm.

48.    To claim a concrete harm, "it must be a tangible injury (money, job, property) or

a recognized intangible harm (reputation, privacy) that is real, not just theoretical".

"Violating a statute (like a data privacy law) isn't enough; you need to show a

concrete injury from that violation". The alleged misconduct by the defendant is an

actual concrete harm because my account was closed so there was no reason for the

falsified activities to occur like sending forms to my  email for a signature without

my consent. "Article III of the U.S. Constitution provides that federal courts have

jurisdiction over "Cases" and "Controversies" arising under federal law".

49.    "In construing these terms, the U.S. Supreme Court has held that a plaintiff must

establish "standing" to bring a lawsuit in federal court    that is, the suit must be

based on an actual imminent alleged injury  that is concrete and particularized."

Suffering a financial loss due to the defendant deceptive practice is a concrete and

particularized harm. "Traditionally, cases brought by plaintiffs to vindicate their

statutory private rights have almost always met this standard: Congress has the

24

power to enact laws that create new legal rights and empower individuals to sue when those rights are violated by another party." My rights have been violated.

50.     "An invasion of a legally protected interest that is concrete and particularized and actual or imminent, not conjectural or hypothetical." *Clapper v. Amnesty Int'l USA, 568 U.S. 398, 409 (2013)*. "A single plaintiff who experienced actual fraudulent charges did have standing, showing that concrete economic harm (even a small one) was sufficient." *Alleruzzo v. SuperValu, Inc., No 16-2378 (8th Cir. 2017)* "Article III of the Constitution limits the "judicial power" of the United States to the resolution of "cases" and "controversies." The constitutional power of federal courts cannot be defined, and indeed has no substance, without reference to the necessity "to adjudge the legal rights of litigants in actual controversies." *Liverpool S.S. Co. v. Commissioners of Emigration, 113 U.S. 33, 113 U.S. 39 (1885).*

51.     "Determining standing in a particular case may be facilitated by clarifying principles or even clear rules developed in prior cases. Typically, however, the standing inquiry requires careful judicial examination of a complaint's allegations to ascertain whether the particular plaintiff is entitled to an adjudication of the particular claims asserted." "The exercise of judicial power under Art. III is restricted to litigants who can show "injury in fact" resulting from the action that they seek to have the court adjudicate."

52.    "To establish standing, a plaintiff must present an injury that is concrete, particularized, and actual or imminent; fairly traceable to the defendant's challenged action." This is "an essential and unchanging part of the case-or-controversy requirement of Article III." I submitted evidentiary facts for concrete and particularized harm. I provided the merit in this claim to show in fact that damage was done by the deceptive practice of the defendant.

53.    "Justiciable "cases" and "controversies" not only require that disputes be of the types specified in Article III, Section 2, Clause 1, but also that disputes be, in fact, actual "cases" and "controversies"." "Consequently, the parties must truly be adverse to each, the dispute must be concrete, not hypothetical, and the dispute must be capable of being resolved through an award of specific relief". "A "controversy" in this sense must be one that is appropriate for judicial determination. A justiciable controversy is thus distinguished from a difference or dispute of a hypothetical character; from one that is academic or moot. The controversy must be definite and concrete, touching the legal relations of parties having adverse legal interests. It must be a real substantial controversy admitting of specific relief through a decree of a conclusive character, as distinguished from an opinion advising what the law would be upon a hypothetical state of facts." ***Baker v. Carr, 369 U.S. 186, 204 (1962)***

54.   "The requirements of Art. III are not satisfied merely because a party requests
a court of the United States to declare its legal rights, and has couched that
request for forms of relief historically associated with courts of law in terms that
have a familiar ring to those trained in the legal process." "The judicial power of
the United States defined by Art. III is not an unconditioned authority to
determine the constitutionality of legislative or executive acts. The power to
declare the rights of individuals and to measure the authority of governments."
*Chicago & Grand Trunk R. Co. v. Wellman, 143 U.S. 339, 345 (1892)*.

55.   "Otherwise, the power is not judicial in the sense in which judicial power is
granted by the Constitution to the courts of the United States." *United States v.
Ferreira, 13 How. 40, 48 (1852).* "The term "standing" subsumes a blend of
constitutional requirements and prudential considerations." *see Warth v. Seldin,
422 U.S. 490, 498 (1975)* "Art. III requires the party who invokes the court's
authority to show that he personally has suffered some actual or threatened injury
as a result of the putatively illegal conduct of the defendant," *Gladstone,
Realtors v. Village of Bellwood, 441 U.S. 91, 99 (1979)*, and that the injury
"fairly can be traced to the challenged action" and "is likely to be redressed by
a favorable decision," *Simon v. Eastern Kentucky Welfare Rights Org., 426 U.S.
26, 38, 41 (1976).* I suffered a personal concrete and particularized harm by the
defendant deceptive practice.

56.    "In this manner does Art. III limit the federal judicial power to those disputes
which confine federal courts to a role consistent with a system of separated
powers and which are traditionally thought to be capable of resolution through
the judicial process." *Flast v. Cohen, 392 U.S., at 97*. "It tends to assure that the
legal questions presented to the court will be resolved, not in the rarified
atmosphere of a debating society, but in a concrete factual context conducive to
a realistic appreciation of the consequences of judicial action. The "standing"
requirement serves other purposes. Because it assures an actual factual setting in
which the litigant asserts a claim of injury in fact, a court may decide the case
with some confidence that its decision will not pave the way for lawsuits which
have some, but not all, of the facts of the case actually decided by the court."

57.    "The Art. III aspect of standing also reflects a due regard for the autonomy of
those persons likely to be most directly affected by a judicial order. The federal
courts have abjured appeals to their authority which would convert the judicial
process into no more than a vehicle for the vindication of the value interests of
concerned bystanders." *United States v. SCRAP, 412 U. S. 669, 687 (1973)*
"Were the federal courts merely publicly funded forums for the ventilation of
public grievances or the refinement of jurisprudential understanding, the concept
of "standing" would be quite necessary. But the "cases and controversies"

language of Art. III forecloses the conversion of courts of the United States into judicial versions of college debating forums." ***Sierra Club v. Morton, 405 U. S. 727, 740 (1972)***

58.  "The requirement that a party seeking review must allege facts showing that he is himself adversely affected does serve as at least a rough attempt to put the decision as to whether review will be sought in the hands of those who have a direct stake in the outcome." "The exercise of judicial power, which can so profoundly affect the lives, liberty, and property of those to whom it extends, is therefore restricted to litigants who can show "injury in fact" resulting from the action which they seek to have the court adjudicate."

59.  "Article III, which is every bit as important in its circumscription of the judicial power of the United States as in its granting of that power, is not merely a troublesome hurdle to be overcome if possible so as to reach the "merits" of a lawsuit which a party desires to have adjudicated; it is a part of the basic charter promulgated by the Framers of the Constitution at Philadelphia in 1787, a charter which created a general government, provided for the interaction between that government and the governments of the several states, and was later amended so as to either enhance or limit its authority with respect to both States and

individuals." This is the standard procedure for Article III standing by the U.S. Constitution.

## IN CONCLUSION

60.    I have provided enough material of fact  from the exhibits to show that a concrete and particularized harm was done by the defendant deceptive practice. This presents merit, burden of proof, and admissible evidence. I'm requesting 600 trillion dollars under *FRCP 8(a)(2);28 U.S.C. § 1961(a)*.

Submitted by,

Sean A. Clark/Male
Plaintiff
93 4th Avenue 1172
New York, New York 10003
Phone#917-242-2573
Email: seantellc_22@yahoo.com
Date: 1/6/2026

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Sean A. Clark/Male

**PLAINTIFF**

Write the full name of each plaintiff.

\_\_\_\_\_CV_____

(Include case number if one has been assigned)

-against-

**GREENDOT CORPORATION**

**DEFENDANT**

### COMPLAINT

Do you want a jury trial?
☑ Yes    ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☑   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff ,   Sean A.Clark/Male                          , is a citizen of the State of
_____(Plaintiff's name)_____

temporarily reside in New York
_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant,  GREENDOT CORPORATION  , is a citizen of the State of

(Defendant's name)

DELAWARE

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant,  GREENDOT CORPORATION  , is incorporated under the laws of

the State of  DELAWARE

and has its principal place of business in the State of  DELAWARE

or is incorporated under the laws of (foreign state)  _____

and has its principal place of business in  DELAWARE  .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Sean | A | Clark |
|------|---|-------|
| First Name | Middle Initial | Last Name |

93 4th Avenue 1172

Street Address

| New York | NY | 10003 |
|----------|-----|-------|
| County, City | State | Zip Code |

917-242-2573                    seantellc_22@yahoo.com

Telephone Number                    Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

| Defendant 1: | Unknown | Unknown | |
|---|---|---|---|
| | First Name | Last Name | |
| | GREENDOT CORPORATION | | |
| | Current Job Title (or other identifying information) | | |
| | 251 Little Falls Drive | | |
| | Current Work Address (or other address where defendant may be served) | | |
| | Wilmington | Delaware | 19808 |
| | County, City | State | Zip Code |

| Defendant 2: | | | |
|---|---|---|---|
| | First Name | Last Name | |
| | Current Job Title (or other identifying information) | | |
| | Current Work Address (or other address where defendant may be served) | | |
| | County, City | State | Zip Code |

| Defendant 3: | | | |
|---|---|---|---|
| | First Name | Last Name | |
| | Current Job Title (or other identifying information) | | |
| | Current Work Address (or other address where defendant may be served) | | |
| | County, City | State | Zip Code |

Defendant 4: _____

              First Name                      Last Name

              Current Job Title (or other identifying information)

              Current Work Address (or other address where defendant may be served)

              County, City                    State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  P.O.Box 1070, West Chester, Ohio 45071

Date(s) of occurrence:  6/2/2025; 10/1/2025

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

This cause of action pertains to a financial loss due to falsified paper checks and

unauthorized paper statements. See thirty page attachment and twenty-one exhibits

for details and facts. 18 U.S.C. § 1030 (a)(1)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Under Article III standing this is an injury-in-fact due to concrete and particularized harm.

_____

_____

_____

_____

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

As I stated in my thirty page complaint attachment I'm requesting 600 trillion for relief

sought under FRCP 8(a)(2); 28 U.S. Code § 1961(a).

_____

_____

_____

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 1/6/2026 - January 6, 2026 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Sean | A | Clark |
| First Name | Middle Initial | Last Name |
| 93 4th Avenue 1172 | | |
| Street Address | | |
| Ny | Ny | 10003 |
| County, City | State | Zip Code |
| 9172422573 | | seantellc_22@yahoo.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sean A. Clark/Male

PLAINTIFF

V.

GREENDOT CORPORATION

DEFENDANT

## EXHIBITS

EXHIBIT 1-4 CFPB COMPLAINT #251016-25026582 on 10/16/2025

EXHIBIT 5-7  CFPB COMPLAINT #251016-25025038 on 10/16/2025

EXHIBIT 8 DEFENDANT received complaint on 10/24/2025

EXHIBIT 9-10 DEFENDANT response to complaint on 11/20/2025

EXHIBIT 11-12 FALSIFIED PAPER CHECKS dated 6/2/2025 and 10/1/2025

EXHIBIT 13 FORM 8-K dated 11/10/2025

EXHIBIT 14 FORM 10-Q dated 11/10/2025

EXHIBIT 15 FORM 4 dated 11/14/2025

EXHIBIT 16 FORM 425 dated 11/26/2025

EXHIBIT 17 FORM 8-K dated 11/26/2025

EXHIBIT 18 FORM 4 dated 11/28/2025

EXHIBIT 19 FORM 144 dated 11/28/2025

EXHIBIT 20 FORM 4 dated 12/16/2025

EXHIBIT 21 FORM 425 dated 12/16/2025

 An official website of the United States Government

 Consumer Financial
Protection Bureau

(https://www.consumerfinance.gov/)

Start a new complaint

❮ All complaints (.)

# 251016-25026582

**CLOSED**

 ## Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 10/16/2025 | Money transfer, virtual currency, or money service | Fraud or scam |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

In complaint#251016-25025038 I did not attach the two checks in the amount of $5.00 dollars. Below is the attachment.

**ATTACHMENTS**

FedEx Scan 2025-10-15_10-05-26.pdf (170.5 KB)

FedEx Scan 2025-10-15_10-08-18.pdf (174.8 KB)

Hide full complaint ⊖

# What product or service is your complaint about?

**PRODUCT OR SERVICE**
Money transfer, virtual currency, or money
service

**TYPE**
Money order, traveler's check or cashier's
check

# What type of problem are you having?

**ISSUE**
Fraud or scam

**HAVE YOU ALREADY TRIED TO FIX
THIS PROBLEM WITH THE
COMPANY?**
Yes

**DID YOU REQUEST INFORMATION
FROM THE COMPANY?**
No

# What happened?

In complaint#251016-25025038 I did not attach the two checks in the amount of $5.00
dollars. Below is the attachment.

☑ **I WANT THE CFPB TO PUBLISH THIS DESCRIPTION ON
CONSUMERFINANCE.GOV SO THAT OTHERS CAN LEARN FROM MY
EXPERIENCE.**

The CFPB will take steps to remove my personal information from this
description but someone may still be able to identify me. Learn how it works. I
consent to publishing this description after the CFPB has taken these steps.

# What would be a fair resolution to this issue?

Investigate this matter thoroughly to see if any suspicious activity took place without my
consent.

**2 attachments**

View uploaded documents by clicking on the file name. Documents that pass virus scanning
are typically available within 2 minutes of upload.

FedEx Scan 2025-10-15_10-05-26.pdf (170.5 KB)

FedEx Scan 2025-10-15_10-08-18.pdf (174.8 KB)

# What company is this complaint about?

**COMPANY INFORMATION**
GREEN DOT CORPORATION

# What people are involved?

**YOUR CONTACT INFORMATION**
sean clark

Sender

seantellc_22@yahoo.com
917-242-2573

93 4th Avenue 1172 New York, New York
10003 United States

**YOUR PREFERRED LANGUAGE**
English

**YOUR DEMOGRAPHIC INFORMATION**
**AGE**
53
**SEX**
Male

3

 # Referred

| **STATUS** | **REFERRED TO** |
|---|---|
| CFPB referred complaint to another government agency on 10/16/2025 | Federal Reserve Board |

We referred your complaint.

After our review, we found another agency that is better able to help you with your issue.

We also entered your complaint into the Consumer Sentinel Network, a secure online database operated by the Federal Trade Commission. Civil and criminal law enforcement authorities worldwide, including Consumer Financial Protection Bureau investigators, use the Consumer Sentinel Network to identify questionable business practices that may lead to investigations and prosecutions.

## Privacy Act Statement

## OMB #3170-0011

## Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

  An official website of the United States Government

 An official website of the United States Government

 Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

Start a new complaint

❮ All complaints (.)

# 251016-25025038

**CLOSED**

 ## Submitted

| **STATUS** | **PRODUCT** | **ISSUE** |
|---|---|---|
| Submitted to the CFPB on 10/16/2025 | Money transfer, virtual currency, or money service | Fraud or scam |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

### YOUR COMPLAINT

This is in regards to two checks in the amount of $5.00 dollars I received on June 2, 2025 and on 10/1/2025 from Greendot Corporation. However, my account has been closed for months and I have no intention of cashing the two checks. I'm requesting a thorough investigation into this matter as to why am I receiving checks from the company when my case is closed. I never authorized a paper statement so there was no need to send a five dollar check. Under the consumer protection act, "a set of laws and regulations designed to protect consumers from unfair, deceptive, or fraudulent practices by businesses. These acts aim to ensure fair competition and provide consumers with rights, such as the right to be informed about the quality, quantity, and price of goods and services, and the right to recourse when they have a complaint". "These laws safeguard consumers from unfair, deceptive, or fraudulent practices in the marketplace".

5

View full complaint ⊕

 Referred

| STATUS | REFERRED TO |
|---|---|
| CFPB referred complaint to another government agency on 10/16/2025 | Federal Reserve Board |

We referred your complaint.

After our review, we found another agency that is better able to help you with your issue.

We also entered your complaint into the Consumer Sentinel Network, a secure online database operated by the Federal Trade Commission. Civil and criminal law enforcement authorities worldwide, including Consumer Financial Protection Bureau investigators, use the Consumer Sentinel Network to identify questionable business practices that may lead to investigations and prosecutions.

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

**yahoo/mail**    Important-Information ✕    Search in important-inf    囍    Q        Go back to the old Yahoo Mail        Level 2 · 17/35 pts

Starred   Contacts   More

← Back        ↩ ↪ ✉ ☆ ▭ 🗑 ⊚ •••        ↑ ↓ ✕

▢ important information

# Green Dot Complaint

**Complaint Support**
To: me · Fri, Oct 24 at 5:12 PM ⌄

Hello SEAN CLARK,

Green Dot has received the complaint you filed regarding one of our financial products issued by, or serviced by, us. We will be contacting you as soon as possible to provide you a resolution to your complaint.

Sincerely,
Green Dot Customer Experience and Support

Green Dot Corporation
P.O. Box 1070
West Chester, OH 45071



Learn more

ref:!00DF00BnNE.!500Kh0gIGn3:ref



Reply ↩        Forward ↪



November 20, 2025

Sean Clark
93 4th Avenue
1172
New York, NY 10003

Re: Response to Your Green Dot Complaint

Dear Sean Clark,

We are in receipt of the complaint that you filed and are providing a response to your concerns. Green Dot Corporation is a Bank Holding Company for Green Dot Bank and provides customer service for certain Green Dot Bank products, including the product referenced in the complaint. At Green Dot, we take your complaint very seriously and we aspire to provide exceptional customer service. We appreciate the opportunity to respond to this matter and apologize for any inconvenience that you may have experienced or expectations that were not met.

We reviewed your concerns and can confirm that the two checks that were sent to you are valid. The first check was sent on 06/02/2025 to reverse the fee for the card replacement that you did not receive prior to account closure. An additional $5.00 was sent to refund a credit that was sent in response to you being charged for a card replacement that was initiated in response to the dispute claim you filed on 04/18/2025. Please note that the checks are currently negotiable and are able to be cashed or deposited.

In review of your complaint, it was confirmed that your account was closed at your request on 05/07/2025 in response to being charged $2.50 fee monthly for paper statements. Please note, under the "Fees" section of the Green Dot Everyday Demand Deposit Account Agreement states that a Paper Statement Fee of $2.50 would be charged "If you have not executed an Electronic Communications Agreement (ECA) and opted-in to the electronic delivery of documents, then you will be charged a fee for the paper statements that are provided to you by mail". We have confirmed that the ECA was not signed and paper statements were sent as a result.

Should you have any additional questions or concerns, you may contact us directly at 866-652-4611, option 1, ext. 2667. Our office is open Monday through Friday from 5:00am - 6:00pm PST. If your concerns



have already been resolved, please contact our office and the Federal Reserve Bank of San Francisco at your earliest convenience so your case file can be updated accordingly.

Sincerely,

Green Dot's Customer Experience and Support Team
Green Dot Corporation
P.O. Box 1070
West Chester, OH 45071-1070

**VENDOR:**  Refunds
**REMIT TO:**  SEAN CLARK

**CHECK:** 0001109343
**COMMENT:** 9966176920592877
**DATE:** 06/02/2025

| INVOICE | DATE | VOUCHER | COMMENT | AMOUNT | NET AMOUNT |
|---------|------|---------|---------|--------|------------|
| 9966176920592877-250602 | 06/02/2025 | 0001109343 | Bbank Refund | 5.00 | 5.00 |

You can cash this check at your local Walmart store. Check cashing fees do apply.
Thank you for your interest in our card.

**TOTALS:**  5.00    5.00

**Green Dot Corporation**
Commercial Refund
P.O. Box 1070
West Chester,OH 45071-1070

**Green Dot Bank**
P.O. Box 400
Provo, UT 84603-0400
97-0252/1243

**0001109343**
06/02/2025

***********5.00

PAY  Five Dollars

TO THE
ORDER
OF

SEAN CLARK
93 4RTH AVE
APT 1172
New York, NY 10003

Void after 90 days

AUTHORIZED SIGNATURE

⑆0001109343⑆ ⑇124302529⑇ 11026234⑆

**Green Dot Corporation**
Commercial Refund
P.O. Box 1070
West Chester,OH 45071-1070

Return Service Requested

\ \

333 SEAN CLARK
93 4RTH AVE
APT 1172
New York, NY 10003



**VENDOR:** Refunds
**REMIT TO:** CLARK SEAN

**CHECK:** 0001193189
**COMMENT:** 9966176920592877

**DATE:** 10/01/2025

| INVOICE | DATE | VOUCHER | COMMENT | AMOUNT | NET AMOUNT |
|---------|------|---------|---------|--------|------------|
| SPECREQ-99661769205 92877-25100 1 | 10/01/2025 | 0001193189 | Bbank Refund | 5.00 | 5.00 |

**You can cash this check at your local Walmart store. Check cashing fees do apply.**
**Thank you for your interest in our card.**

**TOTALS:** 5.00     5.00



**Green Dot Corporation**
Commercial Refund
P.O. Box 1070
West Chester, OH 45071-1070

**Green Dot Bank**
P.O. Box 400
Provo, UT 84603-0400
97-0252/1243

**0001193189**
10/01/2025

PAY  Five Dollars

***********5.00

TO THE
ORDER
OF
CLARK SEAN
93 4RTH AVE
APT 1172
New York, NY 10003

Void after 90 days

AUTHORIZED SIGNATURE

⑈0001193189⑈ ⑆124302529⑆ 11026234⑈



**Green Dot Corporation**
Commercial Refund
P.O. Box 1070
West Chester, OH 45071-1070

Return Service Requested



18  CLARK SEAN
93 4RTH AVE
APT 1172
New York, NY 10003

12/11/25, 10:53 AM                                    0001386278-25-000074 | 8-K | Green Dot Corporation

**greendot**

# SEC Filing Details

 Green Dot Strategic Update

## Document Details

Form: 8-K
Filing Date: Nov 10, 2025
Document Date: Nov 10, 2025
Form Description: Report of unscheduled material events or corporate event
Filing Group: Current Reports
Company: Green Dot Corporation
Issuer: GREEN DOT CORP

## Filing Formats

</> iXBRL

⟨⟩ View HTML

⅄ Download PDF

**W** Download DOC

**X** Download XLS

## XBRL

</> XBRL Viewer

</> EX-101.SCH - XBRL TAXONOMY EXTENSION SCHEMA

</> EX-101.LAB - XBRL TAXONOMY EXTENSION LABEL LINKBASE DOCUMENT

</> EX-101.PRE - XBRL TAXONOMY EXTENSION PRESENTATION LINKBASE DOCUMENT

</> XML - XBRL INSTANCE DOCUMENT

13



# SEC Filing Details

Green Dot Strategic Update

## Document Details

Form: 10-Q
Filing Date: Nov 10, 2025
Document Date: Sep 30, 2025
Form Description: Quarterly report which provides a continuing view of a company's financial position
Filing Group: Quarterly Filings
Company: Green Dot Corporation
Issuer: GREEN DOT CORP

## Filing Formats

</> IXBRL
𝒫 View HTML
⅄ Download PDF
W Download DOC
X Download XLS

## XBRL

</> XBRL Viewer
</> EX-101.SCH - XBRL TAXONOMY EXTENSION SCHEMA
</> EX-101.CAL - XBRL TAXONOMY EXTENSION CALCULATION LINKBASE DOCUMENT
</> EX-101.DEF - XBRL TAXONOMY EXTENSION DEFINITION LINKBASE DOCUMENT
</> EX-101.LAB - XBRL TAXONOMY EXTENSION LABEL LINKBASE DOCUMENT
</> EX-101.PRE - XBRL TAXONOMY EXTENSION PRESENTATION LINKBASE DOCUMENT
</> XML - XBRL INSTANCE DOCUMENT



⬤ greendot

# SEC Filing Details

⅄    Green Dot Strategic Update

## Document Details

Form: 4
Filing Date: Nov 14, 2025
Document Date: Nov 13, 2025
Form Description: Statement of changes in beneficial ownership of securities
Filing Group: 3,4,5
Company: Green Dot Corporation
Issuer: GREEN DOT CORP
Filer: Unruh Jess

## Filing Formats

⬦ View HTML
⅄ Download PDF
W Download DOC
X Download XLS

15

 greendot

# SEC Filing Details

Green Dot Strategic Update

## Document Details

Form: 425
Filing Date: Nov 26, 2025
Document Date: Nov 26, 2025
Form Description: Filing of certain prospectuses and communications in connection with business combination transactions
Filing Group: Other
Company: Green Dot Corporation
Issuer: GREEN DOT CORP

## Filing Formats

⊘ View HTML
⅄ Download PDF
W Download DOC
X Download XLS

$16$

greendot

# SEC Filing Details

 Green Dot Strategic Update

## Document Details

Form: 8-K
Filing Date: Nov 26, 2025
Document Date: Nov 23, 2025
Form Description: Report of unscheduled material events or corporate event
Filing Group: Current Reports
Company: Green Dot Corporation
Issuer: GREEN DOT CORP

## Filing Formats

</> iXBRL
d° View HTML
⅄ Download PDF
W Download DOC
X Download XLS

## XBRL

</> XBRL Viewer
</> EX-101.SCH - XBRL TAXONOMY EXTENSION SCHEMA
</> EX-101.LAB - XBRL TAXONOMY EXTENSION LABEL LINKBASE
</> EX-101.PRE - XBRL TAXONOMY EXTENSION PRESENTATION LINKBASE
</> XML - XBRL INSTANCE DOCUMENT

17

12/11/25, 10:45 AM                                    0001329297-25-000004 | 4 | Green Dot Corporation

greendot

# SEC Filing Details

Green Dot Strategic Update

## Document Details

Form: 4
Filing Date: Nov 28, 2025
Document Date: Nov 28, 2025
Form Description: Statement of changes in beneficial ownership of securities
Filing Group: 3,4,5
Company: Green Dot Corporation
Issuer: GREEN DOT CORP
Filer: Fanlo Saturnino Sixto

## Filing Formats

View HTML
Download PDF
W Download DOC
X Download XLS

 greendot

# SEC Filing Details

Green Dot Strategic Update

## Document Details

Form: 144
Filing Date: Nov 28, 2025
Document Date: Nov 28, 2025
Form Description: Filed by "insiders" prior intended sale of restricted stock.
Filing Group: Other
Company: Green Dot Corporation
Issuer: GREEN DOT CORP

## Filing Formats

⌀ View HTML
↓ Download PDF
W Download DOC
X Download XLS

)9

greendot

# SEC Filing Details

Green Dot Strategic Update

## Document Details

Form: 4
Filing Date: Dec 16, 2025
Document Date: Dec 15, 2025
Form Description: Statement of changes in beneficial ownership of securities
Filing Group: 3,4,5
Company: Green Dot Corporation
Issuer: GREEN DOT CORP
Filer: RUPPEL CHRISTIAN DEVIN

## Filing Formats

⧉ View HTML
⅄ Download PDF
W Download DOC
X Download XLS



**greendot**

# SEC Filing Details

Green Dot Strategic Update

## Document Details

Form: 425
Filing Date: Dec 16, 2025
Document Date: Dec 16, 2025
Form Description: Filing of certain prospectuses and communications in connection with business combination transactions
Filing Group: Other
Company: Green Dot Corporation
Issuer: GREEN DOT CORP

## Filing Formats

𝒫 View HTML
⤓ Download PDF
**W** Download DOC

21